## Commonwealth v. Scott, Appellant.

Before LEVIN, P. J.

Submitted March 17, 1969. *Louis Natali* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Seidel, Appellant.

Submitted March 17, 1969. *John B. Stevens, Jr.,* Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Seiwell, Appellant.

Before OLSZEWSKI, J.

Submitted March 17, 1969. *B. Todd Maguire,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for appellant; *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.